**Order entered December 1, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00724-CV

### CITY OF DALLAS, Appellant

### V.

### RIVER RANCH EDUCATIONAL CHARITIES, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-04828**

### ORDER

Before the Court is appellee's November 29, 2021 motion seeking a second thirty-day extension of time to January 5, 2022 to file its brief in this accelerated appeal. We **GRANT** the motion **to the extent** that we extend the deadline to **December 28, 2021**. We caution appellant that no further extension will be granted absent exigent circumstances.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE